**Exhibit 1**

**Copyright Registration**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-194**
**Effective Date of Registration:**
November 25, 2024
**Registration Decision Date:**
April 18, 2025

---

### Title

      **Title of Work:** Day of Dead Voodoo Doll

### Completion/Publication

      **Year of Completion:** 2022
      **Date of 1st Publication:** March 06, 2022
      **Nation of 1st Publication:** United States

### Author

      • **Author:** Greta Anthony
      **Author Created:** sculpture
      **Citizen of:** United States

### Copyright Claimant

      **Copyright Claimant:** Greta Anthony
      3005 SW 211th Ave, Beaverton, OR, 97003, United States

### Certification

      **Name:** Daniel Lachman
      **Date:** November 13, 2024

---

      **Copyright Office notes:** Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-442-197**
**Effective Date of Registration:**
November 25, 2024
**Registration Decision Date:**
April 18, 2025

## Title
        Title of Work:   Mini Plague Dr, OOAK

## Completion/Publication
    Year of Completion:   2021
  Date of 1st Publication:   May 29, 2021
Nation of 1st Publication:   United States

## Author
          • Author:   Greta Anthony
     Author Created:   sculpture
         Citizen of:   United States

## Copyright Claimant
   Copyright Claimant:   Greta Anthony
                         3005 SW 211th Ave, Beaverton, OR, 97003, United States

## Certification
             Name:   Daniel Lachman
              Date:   November 13, 2024

Copyright Office notes:   Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-198**
Effective Date of Registration:
November 25, 2024
Registration Decision Date:
April 18, 2025

## Title

**Title of Work:** Plague Dr, OOAK

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 28, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Greta Anthony
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Greta Anthony
3005 SW 211th Ave, Beaverton, OR, 97003, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 13, 2024

**Copyright Office notes:** Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-200**
**Effective Date of Registration:**
November 25, 2024
**Registration Decision Date:**
April 18, 2025

---

### Title

**Title of Work:** Queen of Hearts Voodoo Doll

### Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 30, 2022
**Nation of 1st Publication:** United States

### Author

- **Author:** Greta Anthony
  **Author Created:** sculpture
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Greta Anthony
3005 SW 211th Ave, Beaverton, OR, 97003, United States

### Certification

**Name:** Daniel Lachman
**Date:** November 13, 2024

---

**Copyright Office notes:** Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-202**

**Effective Date of Registration:**
November 25, 2024
**Registration Decision Date:**
April 18, 2025



## Title

Title of Work: Skull Girl Voodoo

## Completion/Publication

Year of Completion: 2021
Date of 1st Publication: June 29, 2021
Nation of 1st Publication: United States

## Author

- Author: Greta Anthony
  Author Created: sculpture
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Greta Anthony
3005 SW 211th Ave, Beaverton, OR, 97003, United States

## Certification

Name: Daniel Lachman
Date: November 13, 2024

Copyright Office notes: Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-204**

**Effective Date of Registration:**
November 25, 2024
**Registration Decision Date:**
April 18, 2025



## Title

Title of Work: The Voodoo Doll

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: August 04, 2020
Nation of 1st Publication: United States

## Author

- Author: Greta Anthony
  Author Created: sculpture
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Greta Anthony
3005 SW 211th Ave, Beaverton, OR, 97003, United States

## Certification

Name: Daniel Lachman
Date: November 13, 2024

Copyright Office notes: Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-195**
**Effective Date of Registration:**
November 25, 2024
**Registration Decision Date:**
April 18, 2025



## Title

Title of Work: Voodoo Cat

## Completion/Publication

Year of Completion: 2021
Date of 1st Publication: April 24, 2021
Nation of 1st Publication: United States

## Author

- Author: Greta Anthony
  Author Created: sculpture
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Greta Anthony
3005 SW 211th Ave, Beaverton, OR, 97003, United States

## Certification

Name: Daniel Lachman
Date: November 13, 2024

Copyright Office notes: Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1